| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Nickerson, William M | 2. Court or Organization<br><br>Maryland | 3. Date of Report<br><br>04/16/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior St | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br>Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE REPORT RECEIVED 2008 APR 21 A 10: 05

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $ 27,821.10 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Taylor, Bean & Whitaker Mtge. Corp. | Deed of Trust/ mortgage encumbering ███████████, Towson, MD ████ | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Corp. cmn | C | Dividend | M | T | cash merger | 11/16 | M | G | |
| 2. Wyeth  cmn | A | Dividend | K | T | | | | | |
| 3. Bristol Myers Squibb  cmn | B | Dividend | K | T | | | | | |
| 4. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | K | T | | | | | |
| 5. Coca Cola Co.  cmn | B | Dividend | L | T | | | | | |
| 6. Colgate Palmolive Co.  cmn | B | Dividend | L | T | | | | | |
| 7. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 8. DuPont, E. I.  cmn | A | Dividend | J | T | | | | | |
| 9. Equifax Inc.  cmn | A | Dividend | K | T | | | | | |
| 10. General Electric Co.  cmn | B | Dividend | L | T | | | | | |
| 11. General Mills Inc.  cmn | B | Dividend | K | T | | | | | |
| 12. Johnson & Johnson  cmn | B | Dividend | L | T | | | | | |
| 13. Merck & Co., Inc.  cmn | A | Dividend | K | T | | | | | |
| 14. Motorola, Inc.  cmn | A | Dividend | | | sell | 10/23 | J | D | |
| 15. Pitney Bowes, Inc.  cmn | A | Dividend | K | T | | | | | |
| 16. Procter & Gamble Co.  cmn | A | Dividend | J | T | | | | | |
| 17. Mutual Shares Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Constellation Energy  cmn | A | Dividend | K | T | | | | | |
| 19. Cheesecake Factory Inc.  cmn | | None | K | T | | | | | |
| 20. Jones Apparel Grp cmn | A | Dividend | J | T | | | | | |
| 21. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 22. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 23. J P Morgan - Trust | A | Distribution | P1 | T | | | | | |
| 24. - Chase Market Rate Acct | | | | | | | | | |
| 25. - Verizon Communications | | | | | | | | | |
| 26. - Chevron Texaco Corp | | | | | | | | | |
| 27. - Dow Chemical | | | | | | | | | |
| 28. - Gen Elect Co | | | | | | | | | |
| 29. - Exxon Mobil Corp | | | | | | | | | |
| 30. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 31. - Altria Group, Inc. | | | | | | | | | |
| 32. - American Electric Power Co, Inc. | | | | | | | | | |
| 33. - Bank of America Corp New | | | | | | | | | |
| 34. - Bristol Meyers Squibb Co | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Citigroup Inc. | | | | | | | | | |
| 36.   - Consolidated Edison, Inc. | | | | | | | | | |
| 37.   - Dominion Resources Inc VA | | | | | | | | | |
| 38.   - Eastman Chemical Co | | | | | | | | | |
| 39.   - Scana Corp | | | | | | | | | |
| 40.   - Washington Mut Inc. | | | | | | | | | |
| 41.   - Bank of America 3.875%  1/15/08 | | | | | | | | | |
| 42.   - DuPont Ei De Nemour 3.375% 11/15/07 | | | | | | | | | |
| 43.   - FNMA 3.375% 12/15/08 | | | | | | | | | |
| 44.   -- Merrill Lynch MTN 4.125% 1/15/09 | | | | | | | | | |
| 45.   - Morgan Stanley  4.25%  5/15/10 | | | | | | | | | |
| 46.   - US Treasury NT 2.375% 5/15/06 | | | | | redeemed | 8/15 | | | |
| 47.   - Donnelley RR & Sons Co. | | | | | | | | | |
| 48.   - Duke Energy Hldg. Corp. | | | | | | | | | |
| 49.   - Lyondell Chemical Co. | | | | | | | | | |
| 50.   - Travelers Cos. Inc. (formerly known as St. Paul Travelers | | | | | | | | | |
| 51.   - Wachovia Corp. 2nd New | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Whirlpool Corp. | | | | | | | | | |
| 53.  - Glaxosmithkline PLC Sponsored ADR | | | | | | | | | |
| 54.  - Idearc, Inc. (spinoff Verizon Comm.) | | | | | spin off | 11/20 | | | |
| 55.  - Kraft Foods, Inc. (spinoff Altria Grp. Inc.) | | | | | spin off | 4/6 | | | |
| 56.  - Spectra Energy Corp. (spinoff Duke Energy) | | | | | spin off | 1/4 | | | |
| 57.  Dell, Inc.  Cmn | | None | J | T | | | | | |
| 58.  Exxon Mobil Corp  cmn | A | Dividend | K | T | | | | | |
| 59.  Intel Corp  cmn | A | Dividend | K | T | | | | | |
| 60.  PNC Finl. Svs. Grp. Inc. (formerly k/aMercantile Bkshrs) cmn | A | Dividend | K | T | | | | | |
| 61.  Microsoft Corp  cmn | A | Dividend | J | T | | | | | |
| 62.  T. Rowe Price Inc.  cmn | A | Dividend | K | T | | | | | |
| 63.  Zebra Tech  cmn | | None | K | T | | | | | |
| 64.  OCA, Inc.  cmn (Y) | | None | | | wash out | 1/26 | | | see VIII |
| 65.  Pfizer Inc  cmn | A | Dividend | J | T | partial sale | 10/23 | K | D | |
| 66.  Wal-Mart Stores  cmn | A | Dividend | J | T | partial sale | 10/23 | J | C | |
| 67.  Alcatel Lucent Spon ADR cmn | A | Dividend | J | T | | | | | |
| 68.  Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 70. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 71. Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 72. W. P. Stewart Growth Fd., Inc. | E | Dividend | M | T | | | | | |
| 73. Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | K | T | | | | | |
| 74. Ameriprise Trust Co. ACF W. M. Nickerson IRA | | | | | | | | | |
| 75. - AMEX Insd. M/M acct. | A | Dividend | J | T | | | | | |
| 76. - Columbia Acorn Fd. - A | A | Dividend | L | T | partial sale | 1/8 | K | C | |
| 77. - Riversource Diversified Bd. Fd. Cl A | B | Dividend | K | T | | | | | |
| 78. - Riversource High Yield Bd. Fd. Cl A | B | Dividend | K | T | partial sale | 1/25 | J | A | |
| 79. - Riversource Large Cap Equity Cl A | | None | | | sell | 1/08 | K | D | |
| 80. - Fidelity ADV Mid Cap Fd. Cl T | | None | K | T | partial sale | 1/05 | J | A | |
| 81. - Van Kampen Global Franchise Cl A | A | Dividend | | | sell | 12/20 | K | E | |
| 82. - I Shares MSCI Emerging Mkts. | A | Dividend | J | T | | | | | |
| 83. - I Shares Russell 1000 Value | B | Dividend | K | T | | | | | |
| 84. - I Shares Russell 1000 Growth | A | Dividend | L | T | buy | 1/16 | J | | |
| 85. - I Shares S&P Europe 350 Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | partial sale | 1/10 | J | C | |
| 87. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | partial sale | 1/10 | J | C | |
| 88. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | L | T | partial sale | 1/10 | K | C | |
| 89. " " " " | A | Dividend | L | T | partial sale | 12/19 | J | C | |
| 90. - Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 91. - Fidelity Advisor New Insights - T Fd. | | None | K | T | buy | 1/24 | J | | |
| 92. - RVS Diverse Equity Inc. - A | | None | L | T | buy | 1/8 | L | | |
| 93. - MFS Intl. Diverse - A | A | Dividend | K | T | buy | 1/11 | K | | |
| 94. Riversource Fundamental Val - A Fd. | A | Dividend | | | sell | 1/25 | K | D | |
| 95. Riversource Intl Sel Val-A Fund | A | Dividend | K | T | buy | 1/23 | J | | |
| 96. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 97. Columbia Small Cap Value A Fund | | None | K | T | | | | | |
| 98. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 99. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 100. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 101. Riversource Diversified Equity Inc. - A | A | Dividend | L | T | buy | 1/23 | K | | |
| 102. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 104. Windstream Corp. cmn | A | Dividend | K | T | | | | | |
| 105. ███████, Baltimore, MD | | None | M | R | buy | 11/7 | M | | see VIII |
| 106. Amish Naturals, Inc. - cmn | | None | J | T | buy | 12/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 04/16/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

part VII, item 64, OCA, Inc. - reported on 1/26 by broker to have "no stockholder equity".

part VII, item 71, Medcohealth Solutions, Inc., reported on 2006 FDR erroneously as sold. The sale in 2006 was a partial sale.

part VII, item 105, ▬▬▬▬▬▬ purchased for $110,000 from prior owner, James A. Shaw, Jr. at private sale

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544